UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: VALARIE E CALDWELL ) Case No. 16 B 24051
)
debtor ) Chapter 13
)
) Judge: DONALD R CASSLING

**NOTICE OF MOTION**

VALARIE E CALDWELL                                CUTLER & ASSOC

                                                                                   via Clerk's ECF noticing procedures

3839 W FLOURNOY APT 2
CHICAGO, IL 60624

Please take notice that on October 10, 2019 at 9:15 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on July 30, 2019.

                                                                                                       /s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO TURNOVER**
**TAX RETURN AND REFUND TO TRUSTEE**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1.  On July 27, 2016 the Debtor filed a petition and/or plan under Chapter 13 of Title 11 U.S.C.

2.  The debtor's plan confirmed on October 13, 2016, provided for tax refunds over $1200.00 to be turned over to the trustee each year.

3.  The trustee has not received the tax return or transcript, and/or tax refund for 2018.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1307 (c) (6).

                                                                                       Respectfully submitted,

                                                                                  /s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900